JANUARY 13, 1995

No. 94–780. CAPITOL SQUARE REVIEW AND ADVISORY BOARD ET AL. *v.* PINETTE ET AL. C. A. 6th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, February 23, 1995. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, March 23, 1995. This Court's Rule 29.2 does not apply.

No. 94–790. RENO, ATTORNEY GENERAL, ET AL. *v.* KORAY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, February 23, 1995. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, March 23, 1995. This Court's Rule 29.2 does not apply.

No. 94–820. METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL. C. A. 9th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, February 23, 1995. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, March 23, 1995. This Court's Rule 29.2 does not apply.

JANUARY 16, 1995

No. 94–7660 (A–516). MARQUEZ *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.